CLEAR FORM

# UNITED STATES DISTRICT AND BANKRUPTCY COURTS
# FOR THE DISTRICT OF COLUMBIA

NATIONAL PUBLIC RADIO, INC. and JINGNAN HUO,
Plaintiff

v.

U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES,
Defendant

CASE NO: 1:22-cv-00430-BAH

**CHANGE OF MAILING ADDRESS**

1. This change of mailing address is requested by:  ☒ Plaintiff   ☐ Defendant

2. **Old Address:**
   Name(s): Thomas R. Burke
   Mailing Address: Davis Wright Tremaine LLP, 505 Montogomery Street, Suite 800
   City, State, Zip Code: San Francisco, CA  94111

3. **New Address:**
   Name(s): Thomas R. Burke
   Mailing Address: Davis Wright Tremaine LLP, 50 California Street, 23rd Floor
   City, State, Zip Code: San Francisco, CA  94111
   Telephone Number(s): (415) 276-6500

Date: June 5, 2023

Thomas R. Burke
Requestor's printed name(s)

*[signature]*
Requestor's signature(s)

New: 06/21/2022